IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tracy Williams, <br><br> Plaintiff, <br><br> vs. <br><br> Medical Business Bureau, LLC, <br> Defendant. | Case No.: <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

NOW COMES THE PLAINTIFF, TRACY WILLIAMS, BY AND THROUGH COUNSEL, BRIAN J. OLSZEWSKI, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in DuPage County, Illinois.

3. Venue is proper in the Northern District of Illinois.

## PARTIES

4. Plaintiff is a natural person residing in the village of Downers Grove, DuPage County, Illinois.

5. The Defendant to this lawsuit is Medical Business Bureau, LLC, which is a limited liability company that conducts business in the State of Illinois.

## **GENERAL ALLEGATIONS**

6. Defendant is attempting to collect two consumer type debts allegedly owed by Plaintiff to DuPage Emergency Physicians. The first debt is in the amount of $263.00 and the second debt is in the amount of $62.00 ("the alleged Debts").

7. Plaintiff disputes the alleged Debts.

8. On November 5, 2019, Plaintiff obtained her Trans Union and Equifax credit disclosures and noticed Defendant reporting the alleged Debts.

9. On or about December 23, 2019, Plaintiff sent Defendant a letter disputing the alleged Debts.

10. On February 21, 2020, Plaintiff obtained her Trans Union and Equifax credit disclosures, which showed that Defendant failed or refused to flag the accounts reflected by the alleged Debts as disputed, in violation of the FDCPA.

11. In the credit reporting industry, data furnishers, such as the Defendant, communicate electronically with the credit bureaus.

12. Defendant had more than ample time to instruct Equifax and Trans Union to flag its trade lines as Disputed.

13. Defendant's inaction to have its trade lines on Plaintiff's credit reports flagged as disputed was either negligent or willful.

14. Plaintiff suffered pecuniary and emotional damages as a result of Defendant's actions. Her credit report continues to be damaged due to the Defendant's failure to properly report the associated trade lines.

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiff reincorporates the preceding allegations by reference.

16. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

17. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

18. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

19. Defendant's foregoing acts in attempting to collect these alleged debts violated 15 U.S.C. §1692e(8) of FDCPA by communicating to any person credit information that is known to be false or should be known to be false, including failure to report a disputed debt as disputed.

20. As a direct and proximate cause of the Defendant's violations of the FDCPA, Plaintiff has suffered economic, emotional, general, and statutory damages.

**WHEREFORE, PLAINTIFF PRAYS** that this Honorable Court grant her a judgment against Defendant for statutory damages, actual damages, costs, interest, and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

    /s/ <u>Brian J. Olszewski</u>
    Brian J. Olszewski
    Law Offices of Michael Lee Tinaglia, Ltd.
    444 N. Northwest Hwy., Ste. 350
    Park Ridge, IL 60068
    Telephone: (847) 692-0421
    Fax: (847) 685-8440
    bolszewski@tinaglialaw.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tracy Williams*